UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MARSH ERISA LITIGATION | Master File No. 04-CV-8157 (CM) |
| This Document Relates To: All Actions | |

**NAMED PLAINTIFFS' MOTION FOR ORDER PRELIMINARILY APPROVING SETTLEMENT, PRELIMINARILY CERTIFYING SETTLEMENT CLASS, APPROVING NOTICE PLAN, AND SETTING A FAIRNESS HEARING DATE**

Named Plaintiffs[1] respectfully move for an order: (a) granting preliminary approval of the Settlement of the ERISA Action; (b) granting certification of the proposed Settlement Class pursuant to Fed. R. Civ. P. 23(b)(1) and (2); (c) approving the forms for the mailing and publication of the Notice of Settlement; (d) authorizing the mailing and publication of those notices; and (e) setting the date and time for the Fairness Hearing for the proposed Settlement and related deadlines as set forth in the proposed Order for Notice and Hearing.[2] This Motion is supported by the Memorandum in Support, filed this same date, and the Stipulation and Agreement of Settlement dated September 9, 2009, a true and correct copy of which is attached to the Memorandum in Support of this Motion as Exhibit 1.

---

[1] The following individuals are named plaintiffs in this matter: Donald Hundley, Conrad Simon and Leticia Hernandez (collectively, "Named Plaintiffs").

[2] The [Proposed] Order Preliminarily Approving Settlement, Preliminary Certifying Settlement Class, Approving Notice Plan and Settling Fairness Hearing Date ("Order for Notice and Hearing") is attached to the Settlement Agreement (filed herewith as Exhibit 1 to the Memorandum in Support) as Exhibit A.

Respectfully submitted this 9th day of November, 2009.

/s/ Cari Laufenberg
**KELLER ROHRBACK L.L.P.**
Lynn Lincoln Sarko (LS-3700)
Cari C. Laufenberg (CCL-5571)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com

David Preminger (DP-1057)
**KELLER ROHRBACK L.L.P.**
275 Madison Ave., Suite 1425
New York, NY 10016
Telephone: (212) 878-8890
Facsimile: (212) 878-8895
dpreminger@kellerrohrback.com

**KELLER ROHRBACK P.L.C.**
Ron Kilgard (RK-7139)
3101 North Central Avenue, Suite 1400,
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrohrback.com

*Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2009, a true and correct copy of the foregoing Named Plaintiffs' Motion for Order Preliminarily Approving Settlement, Preliminarily Certifying Settlement Class, Approving Notice Plan and Setting a Fairness Hearing Date was served via the court's electronic filing system upon the counsel as set forth below:

Dated: November 9, 2009

By : /s/ Cari C. Laufenberg
Cari C. Laufenberg
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

**ERISA ACTION**

| | |
|---|---|
| **Counsel for Defendants** | |
| Robert N. Eccles | *Counsel for Defendants Marsh & McLennan* |
| Gary Tell | *Companies, Inc., Matthew B. Bartley, Alan* |
| Elysia Solomon | *Bieler, Lewis Bernard, Frank Borelli, Francis* |
| Michael E. Stamp | *N. Bonsignore, Mathis Cabiallavetta, Zachary* |
| O'MELVENY & MYERS LLP | *W. Carter, Michael Cherasky, Peter Coster,* |
| 1625 Eye Street, N.W. | *Charles A. Davis, Pattie Duca, Robert F.* |
| Washington, D.C. 20006-4001 | *Erburu, Oscar Fanjul, Richard Goldman,* |
| Tel: (202) 383-5300 Fax: (202) 383-5414 | *Ray J. Groves, Stephen R. Hardis, Patricia* |
| beccles@omm.com | *Haverland, Marguerite Heilman, Carolyn* |
| gtell@omm.com | *Kaminsky, Gwendolyn S. King, Rt. Hon. Lord* |
| esolomon@omm.com | *Lang Monkton, David A. Olsen, John D.* |
| mstamp@omm.com | *Ong, William L. Rossof, Thomas Sansone,* |
| | *Morton O. Schapiro, Adele Simmons, John T.* |
| Bradley J. Butwin | *Sinnott, A.J.C. Smith, Alexander P. Voitovich* |
| William J. Sushon | *and Sandra Wijnberg* |
| O'MELVENY & MYERS LLP | |
| Times Square Tower | |
| 7 Times Square Tower | |
| New York, New York 10036 | |
| Tel: (212) 326-2000 Fax: (212) 326-2061 | |
| bbutwin@omm.com | |
| wsushon@omm.com | |
| Michael Feldberg | *Counsel for Defendant Jeffrey W. Greenberg* |
| Julie Withers | |
| Andrew Rhys Davies | |
| Pamela Rogers Chepiga | |
| ALLEN & OVERY LLP | |
| 1221 Avenue of the Americas | |
| New York, NY 10020 | |
| Tel: (212) 610-6300 Fax: (212) 610-6399 | |
| michael.feldberg@newyork.allenovery.com | |
| julie.withers@newyork.allenovery.com | |
| andrew.rhys.davies@newyork.allenovery.com | |
| pamela.chepiga@newyork.allenovery.com | |
| Daniel A. Pollack (DP 9207) | *Counsel for Defendant Lawrence J. Lasser* |
| W. Hans Kobelt (WK 1847) | |
| McCarter & English, LLP | |
| 245 Park Avenue, 27th Floor | |
| New York, New York, 10167 | |
| 212-609-6900 | |
| dpollack@mccarter.com | |
| wkobelt@mccarter.com | |

| | |
|---|---|
| **Counsel for Plaintiffs** | |
| Gary A. Gotto (GG-5640) | *Liaison Counsel and Executive Committee* |
| Ron Kilgard (RK-7139) | |
| KELLER ROHRBACK P.L.C. | |
| 3101 N. Central Ave., Suite 1400 | |
| Phoenix, AZ 85012-2643 | |
| Tel: (602) 248-0088 Fax: (602) 248-2822 | |
| ggotto@krplc.com | |
| rkilgard@krplc.com | |
| | |
| Jonathan M. Plasse (JP-7515) | *Liaison Counsel and Executive Committee* |
| Ira Schochet | |
| Christopher J. Keller, Esq. (CK-2347) | |
| Jonathan Gardner (JG-8512) | |
| Serena Waheed Richardson (SR-1120) | |
| Julie Hwang | |
| LABATON SUCHAROW & RUDOFF & LLP | |
| 140 Broadway | |
| New York, NY 10005 | |
| Tel: (212) 907-0700 Fax: (212) 818-0477 | |
| jplasse@labaton.com | |
| ischochet@labaton.com | |
| ckeller@labaton.com | |
| jgardner@labaton.com | |
| srichardson@labaton.com | |
| jhwang@labaton.com | |
| | |
| Bruce Rinaldi | *Executive Committee* |
| COHEN, MILSTEIN, SELLERS & TOLL, P.L.L.C. | |
| 1100 New York Avenue NW | |
| West Tower, Suite 500 | |
| Washington, D.C. 20005-3964 | |
| Tel: (202) 408-4600 Fax: (202) 408-4699 | |
| brinaldi@cohenmilstein.com | |
| | |
| Lynda J. Grant | |
| COHEN, MILSTEIN, SELLERS & TOLL, P.L.L.C. | |
| 150 East 52nd Street | |
| Thirteenth Floor | |
| New York, NY 10022 | |
| Tel: (212) 838-7797 Fax: (212) 838-7745 | |
| lgrant@cohenmilstein.com | |

| | |
|---|---|
| Marc I. Machiz<br>COHEN, MILSTEIN, SELLERS & TOLL, P.L.L.C.<br>Medical Tower Building, Suite 1307<br>255 S. 17th Street<br>Philadelphia, PA   19103<br>Tel: (267) 773-4680 Fax: (267) 773-4690<br>mmachiz@cohenmilstein.com | |
| Robert A. Izard<br>Wayne T. Boulton<br>Eric Palmquist<br>William Bernarduci (WB-5785)<br>IZARD NOBEL LLP<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103<br>Tel: (860) 493-6292 Fax: (860) 493-6290<br>rizard@izardnobel.com<br>wboulton@izardnobel.com<br>epalmquist@izardnobel.com<br>wbernarducci@izardnobel.com | *Executive Committee and Counsel for Plaintiffs Conrad J. Simon, Pat (Byrnes) Mullins* |
| Jayne A. Goldstein<br>SHEPARD FINKELMAN MILLER & SHAH LLP<br>1640 Town Center Circle, Suite 216<br>Weston, FL  33326<br>Tel:  (954) 515-0123 Fax:  (954) 515-0124<br>jgoldstein@sfmslaw.com | *Counsel for Plaintiffs Louise Harkinson and Dayna Roberts* |
| Ann D. White<br>ANN D. WHITE LAW OFFICES, P.C.<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA  19046<br>Tel: (215) 481-0274 Fax: (215) 481-0271<br>awhite@awhitelaw.com | *Counsel for Plaintiffs Louise Harkinson and Dayna Roberts* |